UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID C. HINDAL,

          Petitioner,

v.

MIKE OBENLAND,

          Respondent.

CASE NO. C15-0525-JLR

ORDER DENYING PETITIONER'S HABEAS PETITION

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's answer thereto, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1)    The Court adopts the Report and Recommendation;

(2)    Petitioner's habeas petition is DENIED and this action is DISMISSED with prejudice;

(3)    Petitioner is DENIED issuance of a certificate of appealability, and

/ / /

/ / /

/ / /

ORDER DENYING PETITIONER'S
HABEAS PETITION
PAGE - 1

1   (4)   The Clerk is directed to send copies of this Order to petitioner, to counsel for
2  respondent, and to Judge Theiler.

   DATED this 19th day of October, 2015.

   _____
   JAMES L. ROBART
   United States District Judge

ORDER DENYING PETITIONER'S
HABEAS PETITION
PAGE - 2